(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

KHALID JAMIL

(Name of Plaintiff or Plaintiffs)

v.                                           CIVIL ACTION NO. _____

CUMBERLAND Farms.
200 VALLEY ROAD SUIT 202
MT. ARLINGTON NJ. 07856
(Name of Defendant or Defendants)

## COMPLAINT

1.  This action is brought pursuant to __196 (FRANCHISE)__
    (Federal statute on which action is based)
    for discrimination related to __Newark, DE__ jurisdiction exists by virtue of
    (In what area did discrimination occur? e.g. race, sex, religion)

    _____
    (Federal statute on which jurisdiction is based)

2.  Plaintiff resides at __1002 RICHFIELD ROAD__
    (Street Address)
    __NEWARK__        __DE__      __19713__
    (City)   (County)  (State)    (Zip Code)
    __(302) 266-7194__
    (Area Code) (Phone Number)

3.  Defendant resides at, or its business is located at __200 VALLEY ROAD__
    (Street Address)
    __SUIT 202 MT. ARLINGTON, NJ. 07856__
    (City)   (County)  (State)    (Zip Code)

4.  The alleged discriminatory acts occurred on __05__, __09__, __2008__
    (Day)  (Month)  (Year)

5.  The alleged discriminatory practice   ☐ is   ☒ is not continuing.

6.  Plaintiff(s) filed charges with the _____ —  _____
                                            (Agency)

    _____
    (Street Address)    (City)    (County)    (State)  (Zip)

    regarding defendant(s) alleged discriminatory conduct on: _____
                                                                   (Date)

7.  Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8.  Was an appeal taken from the agency's decision?    Yes ☐    No ☒

    If yes, to whom was the appeal taken? _____

9.  The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

    I am running this business (896 Gulf) Service St 1107 S. College Newark DE 19713, I sub lease to the Party who did not order Gas & left on 04/30/08, Cumberlandland form Gave me notice to Cancell lease on 08/04/2008, (90 day Notice) but on 05/09/08 gave notice for 30 day (Till 05/30/08, Which Comes Under discremination. I will Vacate on 08/04/2008, But Now I Should be Issued Stay order not Vacate on 05/30/08

10. Defendant's conduct is discriminatory with respect to the following:

    A.  ☒  Plaintiff's race
    B.  ☒  Plaintiff's color
    C.  ☐  Plaintiff's sex
    D.  ☐  Plaintiff's religion
    E.  ☒  Plaintiff's national origin

11.  Plaintiff prays for the following relief:   (Indicate the exact relief requested)

I request honourable to grant me Stay order, so that defendant (Cumberland form) may not eject me from business Premise (896 Gulf Sv Sm) 1107 S. College Ave Newark DE 19713 on 05/30/08. (30 days notice), I will evacute on 08/04/2008 (90 days notice) as per Contract.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/02/08

Khalid Jamil
(Signature of Plaintiff)



200 VALLEY ROAD, SUITE 202
MT. ARLINGTON, NJ 07856
(973) 770-9714

April 25, 2008

Mr. Khalid Jamil
896 Gulf
1107 S. College Avenue
Newark, DE 19713
Facility No. 160091

Re:   NOTICE OF FRANCHISE TERMINATION -
      FAILURE TO OPERATE FOR SEVEN CONSECUTIVE DAYS

Dear Mr. Jamil,

It is the understanding of the Gulf Branded Products Division of Cumberland Farms, Inc. ("Gulf") that you have failed to operate the marketing premises for seven (7) consecutive days (by not dispensing any motor fuels) and have failed to exert good faith efforts to carry out the provisions of the franchise as stated within the Petroleum Marketing Practices Act ("P.M.P.A."), as amended, 15 U.S.C. Secs. 2802 (b)(2)(A), (b)(2)(B) and (b)(2)(C) as further detailed under (c)(9)(A). Specifically there has been:

1) A failure to comply with a reasonable franchise provision which is of material significance to the franchise relationship -- the portion of the Retail Motor Fuel Outlet Lease wherein you agreed to keep "...the premises open for operation not less than from 06:00 a.m. to 10:00 p.m. Monday through Saturday and 08:00 a.m. to 10:00 p.m. on Sundays." (Retail Motor Fuel Outlet Lease - Paragraph 6); and

2) A failure to exert good faith efforts to carry out the provisions of the franchise; and

3) The occurrence of an event which is relevant to the franchise relationship and as a result of which termination of the franchise is reasonable -- failure by the franchisee to operate the marketing premises for seven (7) consecutive days.

Therefore, Gulf hereby notifies you, in accordance with the above stated provisions of the P.M.P.A., as amended, 15 U.S.C. Sec. 2801 *et seq.*, that your franchise relationship and all related Agreements with Gulf will terminate and be nonrenewed effective **August 4, 2008.**

Although you are hereby given 90 days' notice, you are advised that if you continue to fail to operate the service station premises, Gulf will take immediate action to protect its rights, including acceleration of the franchise termination date.

     BRANDED PRODUCTS     

Mr. Jamil
April 25, 2008
Page 2

Effective immediately your credit terms are suspended. The credit status for all your future purchases has been changed to Wire Transfer Before Delivery.

Please make arrangements to meet with your Retail Marketing Representative to conduct an orderly conclusion to our franchise relationship on **Monday, August 4, 2008 at 12:00 noon.**

Gulf hereby offers to repurchase from you on or before the effective date of termination, at the prices in effect at your last product delivery, any and all merchantable products purchased from Gulf, subject, however, to the right of Gulf to apply the proceeds from said resale against any existing indebtedness owed by you to Gulf and subject further to there being no other claims or liens against such products by or on behalf of other creditors, if any.

Attached is a true and correct copy of the official Revised Summary to Title I of the Petroleum Marketing Practices Act, as published in the Federal Register, Volume 61, No. 123.

This notice shall remain in full force and effect and cannot be modified or withdrawn except by written notice from an authorized representative of Gulf.

I certify that this notice is being sent Certified Mail Return Receipt Requested, Mail #7007 0710 0003 5860 9704, Regular Mail and Hand Delivered.

Very truly yours,

*Kevin Cummins*

Kevin Cummins
General Manager
South Region


cc:   T.S. Bialek
      T.J. Brooks
      D.J. Haley
      M.G. Howard, Esq. -- General Counsel
      Alan Hallier



200 VALLEY ROAD, SUITE 202
MT. ARLINGTON, NJ 07856
(973) 770-9714

May 9, 2008

Mr. Khalid Jamil
896 Gulf
1107 S. College Avenue
Newark, DE 19713

Re:   **ACCELERATED NOTICE OF FRANCHISE TERMINATION** -
CONTINUED FAILURE TO OPERATE THE LEASED MARKETING PREMISES
1107 S. College Avenue
Newark, DE 19713
Facility No. 160091

Dear Mr. Jamil,

Enclosed please find a copy of the letter dated April 25, 2008 from the Gulf Branded Products Division of Cumberland Farms, Inc. ("Gulf") to you. In this letter ("Notice of Franchise Termination") Gulf notified you that, due to your failure to operate the marketing premises for at least seven (7) consecutive days (by not dispensing any motor fuels) and in accordance with the specified provisions of the Petroleum Marketing Practices Act ("P.M.P.A."), as amended, 15 U.S.C. Sec. 2801 *et seq.*, your lease and all related franchise agreements would terminate on August 4, 2008.

Since that time you have continued to fail to operate the leased marketing premises. As a result of this continued failure, Gulf hereby notifies you that the original franchise termination date, August 4, 2008 has been accelerated and your lease and all related franchise agreements will now terminate **May 30, 2008**.

While Gulf does not normally like to accelerate a franchise termination, your decision to continue to not operate the leased marketing premises has forced us to abbreviate your remaining tenure at this location.

Please make the appropriate arrangements with your Retail Marketing Representative to conduct an orderly conclusion to our franchise relationship at that time.

Attached is a true and correct copy of the official Revised Summary of Title I of the Petroleum Marketing Practices Act, as published in the Federal Register, Volume 61, No. 123.

I certify that this notice is being sent Certified Mail Return Receipt Requested, Mail #7007 0710 0003 5860 5133 and Hand Delivered.

Very truly yours,

Kevin Cummins, General Manager
South Region

cc:   T.S. Bialek
T.J. Brooks
D.J. Haley
M.G. Howard, Esq. -- General Counsel
Alan Hallier



BRANDED PRODUCTS



JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
KHALID JAMIL

### DEFENDANTS
CUMBERLAND FARMS

(b) County of Residence of First Listed Plaintiff: NEW CASTLE DE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|-----|-----|---|-----|-----|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | IMMIGRATION | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
U.S.C SEC 2801 et seq
Brief description of cause: Termination of Agreement on 05/30/08, INSTEAD on 08/04/08

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: X 05/21/2008
SIGNATURE OF ATTORNEY OF RECORD: X Khalid Jamil

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____