IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KHALID JAMIL, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No. 08-299-UNA |
| CUMBERLAND FARMS, | : | |
|     Defendant. | : | |

**ORDER**

At Wilmington this 22 day of May, 2008, the court having reviewed the application to proceed without prepayment of fees under 28 U.S.C. § 1915 to find that it was incomplete;

IT IS ORDERED that:

The plaintiff shall, within twenty-one days from the date of this order, either: (1) complete questions 2 and 3 of the application, both of which require further responses in light of the boxes checked off by Plaintiff, and return the application, or (2) pay in full the $350.00 filing fee.

**Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

                                                      _____
                                                      United States District Judge