## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KHALID JAMIL,<br><br>    Plaintiff,<br><br>  vs.<br><br>CUMBERLAND FARMS, INC.,<br><br>    Defendant. | Civil No. 1:08-cv-00299<br><br><br>**ELECTRONICALLY FILED** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Khalid Jamil, and defendant, Cumberland Farms, Inc., hereby stipulate and

agree that plaintiff's claims against Cumberland Farms, Inc. in this matter be and hereby are

dismissed with prejudice and without costs against either party.

ARCHER & GREINER, P.C.
Attorneys for Defendant

KHALID JAMIL, PRO SE
1002 Richfield Road
Newark, DE 19713
(302) 266-7194

By: /s/  Charles J. Brown, III
CHARLES J. BROWN, III
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
(302) 777-4350

Dated: MAY 29, 2008

Dated: May 30, 2008

3329606v1

